Tyree P. Jones, Jr. (SBN 127631)
REED SMITH LLP
1301 K Street, NW, Suite 1100
Washington, DC 20005
Telephone:    202.414.9296
Facsimile:     202.414.9299
Email: tpjones@reedsmith.com

Tiffany Renee Thomas (SBN 239085)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:    415.543.8700
Facsimile:     415.391.8269
Email: tthomas@reedsmith.com

Attorneys for Defendants Extra Space Management, Inc., d.b.a. Extra Space Storage #0484 and Extra Space Properties Fifty One LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>EXTRA SPACE MANAGEMENT INC., Individually and d/b/a EXTRA SPACE STORAGE #0484; EXTRA SPACE PROPERTIES FIFTY ONE LLC,<br><br>    Defendant. | No.: 2:08-CV-01072-WBS-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Compl. Filed:  May 16, 2008 |

1  IT IS HEREBY STIPULATED by and between the parties hereto, through their respective
2  attorneys of record, that Defendants Extra Space Management Inc. d/b/a Extra Space Storage #0484
3  and Extra Space Properties Fifty One LLC shall have an extension of time, through and including
4  June 30, 2008, to file an answer or to otherwise respond to Plaintiff's complaint.

6  Dated: June 25, 2008                     REED SMITH, LLP

8                                           By: /s/_____
                                                Tyree P. Jones, Jr., Esq.
                                                Tiffany Renee Thomas, Esq.

                                             Attorneys for Defendants
                                             EXTRA SPACE MANAGEMENT INC.
                                             d/b/a EXTRA SPACE STORAGE #0484
                                             and EXTRA SPACE PROPERTIES FIFTY
                                             ONE LLC

14 Dated: June  24 , 2008                   DISABLED ACCESS PREVENTS INJURY,
15 INC.

17                                          By: /s/_____
                                                Scott N. Johnson, Esq.

18                                           Attorneys for Plaintiff
                                             SCOTT N. JOHNSON

20                                    * * *

21
22  The above stipulation having been considered and good cause appearing therefore,
    IT IS SO ORDERED.

24  Dated:  June 25, 2008

                                             *signature*
                                             WILLIAM B. SHUBB
                                             UNITED STATES DISTRICT JUDGE

– 2 –
STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware