SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>Extra Space Management, Inc., et al,<br><br><br><br>    Defendants | Case No.: CIV.S 08-cv-01072-WBS-GGH<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS and ORDER** |

TO THE COURT AND ALL PARTIES:

The parties in this matter have settled this case. The Court ordered all dispositional documents to be filed by September 2, 2008. Plaintiff's Counsel respectfully requests an extension until October 2, 2008 to file dispositional documents due to the fact that Plaintiff's

1

STIPULATION FOR EXTENSION                         CIV: S-08-cv-01072-WBS-GGH

1  Counsel and Defendant's Counsel need additional time to finalize the settlement agreement.

2

3                                                                        Disabled Access Prevents Injury, Inc.

4  Dated:  September 3, 2008

5                                                                        /s/Scott N. Johnson_____
                                                                         SCOTT N. JOHNSON,
6                                                                        Attorney for Plaintiff

7

8                                               **ORDER**

9
        IT IS HEREBY ORDERED THAT dispositional documents shall be filed no later than
10  October 2, 2008

11

12
    Dated:  September 3, 2008
13

14                                          WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    2
STIPULATION FOR EXTENSION                              CIV: S-08-cv-01072-WBS-GGH